IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

**DARELYNN HILLS,**
    Plaintiff,
**vs.**

**RANDALL BRADLEY,** an individual, and
**SUNLAND CONSTRUCTION, INC.,**
a foreign Corporation,
    Defendants.
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, **DARELYNN HILLS**, by and through the undersigned attorney, and sues the Defendants, **RANDALL BRADLEY and SUNLAND CONSTRUCTION, INC.**, and states as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material to this action, Plaintiff, **DARELYNN HILLS**, was a natural person residing in Jacksonville, Duval County, Florida.

3. At all times material to this action, Defendant, **RANDALL BRADLEY**, was a natural person residing in Luverne, Crenshaw County, Alabama.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/29/2023 08:54:11 AM

4. At all times material to this action, Defendant, **SUNLAND CONSTRUCTION, INC.**, was a foreign corporation:

    a. doing business in the State of Florida; and/or

    b. which maintained an office, an agent, and/or a representative in Florida.

5. On or about April 20, 2021, Plaintiff, **DARELYNN HILLS**, owned and operated a 2020 Toyota Rav4 motor vehicle, traveling westbound on Dunn Avenue in Jacksonville, Duval County, Florida.

6. At that time and place, Defendant, **RANDALL BRADLEY**, was operating a 2006 Kenworth T8 Series truck, VIN# 2NKDLU0XX6M152035, Alabama tag number "63X5186A" (hereinafter "the truck"), owned by Defendant, **SUNLAND CONSTRUCTION, INC.,** traveling westbound on Dunn Avenue in Jacksonville, Duval County, Florida.

7. At that time and place, Defendant, **RANDALL BRADLEY**, negligently operated and/or maintained the motor vehicle so that it collided with the 2020 Toyota Rav4 operated by the Plaintiff, **DARELYNN HILLS**, thereby causing her to sustain serious injuries.

8. Venue is proper in Duval County, Florida as the motor vehicle collision occurred in Duval County, Florida.

## COUNT I
**(DARELYNN HILLS v. RANDALL BRADLEY)**

9. Plaintiff, **DARELYNN HILLS**, re-alleges and reaffirms paragraphs 1 through 8 and further states:

10. On or about April 20, 2021, at the place described above, Defendant, **RANDALL BRADLEY**, so negligently operated and/or maintained the motor vehicle so that it collided with the 2020 Toyota Rav4 operated by the Plaintiff, **DARELYNN HILLS**, thereby causing her to sustain serious injuries.

11. As a direct and proximate result of the foregoing negligence, Plaintiff, **DARELYNN HILLS**, has suffered bodily injury within a reasonable medical probability, and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, medical expenses, loss of earnings, loss of ability to earn money, and

aggravation of pre-existing injuries and/or conditions. These injuries and damages to the Plaintiff are permanent within a reasonable degree of medical probability, and the Plaintiff will suffer such damages and losses in the future.

**WHEREFORE** the Plaintiff, **DARELYNN HILLS**, demands judgment for damages against Defendant, **RANDALL BRADLEY**, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

<u>**COUNT II**</u>
**(DARELYNN HILLS v. SUNLAND CONSTRUCTION, INC.)**

12.   Plaintiff, **DARELYNN HILLS**, re-alleges and incorporates paragraphs 1 through 8 and further states:

13.   At that time and place, Defendant, **RANDALL BRADLEY**, was operating the motor vehicle during the course and scope of his employment with Defendant, **SUNLAND CONSTRUCTION, INC.**.

14.   At that time and place, Defendant, **RANDALL BRADLEY**, was operating and driving the 2012 Freightliner Cascadia with the permission and consent of its owner, Defendant, **SUNLAND CONSTRUCTION, INC.**.

15.   At all relevant times, Defendant, **RANDALL BRADLEY**, was the employee, agent, servant, and/or statutory employee for Defendant, **SUNLAND CONSTRUCTION, INC.**, operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant, **SUNLAND CONSTRUCTION, INC.**. Accordingly, Defendant, **SUNLAND CONSTRUCTION, INC.** is vicariously liable for the acts of Defendant, **RANDALL BRADLEY**. Regardless of the employment or agency relationship, Defendant, **SUNLAND CONSTRUCTION, INC.**, is an intrastate motor carrier responsible for the acts of Defendant, **RANDALL BRADLEY**.

16.   Defendant, **SUNLAND CONSTRUCTION, INC.**, is vicariously liable for the negligence of Defendant, **RANDALL BRADLEY**, pursuant to the Florida Dangerous Instrumentality Doctrine.

17.   As a direct and proximate result of Defendant's negligence, Plaintiff, **DARELYNN HILLS**, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of

both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

18.     Plaintiff, **DARELYNN HILLS**, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE** the Plaintiff, **DARELYNN HILLS**, demands judgment for damages against Defendant, **SUNLAND CONSTRUCTION, INC.**, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 22nd day of March 2023.

**MORGAN & MORGAN**

*/s/ Brandi Gartrell*

**BRANDI A. GARTRELL, ESQUIRE**
Florida Bar No.: 126077
501 Riverside Ave, Suite 1200
Jacksonville, FL 32202
Telephone: (904) 361-7256
Facsimile: (904) 361-7033
Primary Email: bgartrell@forthepeople.com
Secondary: lharralson@forthepeople.com
Attorneys for Plaintiff